UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT BOUDINOT, )
)
      Plaintiff, )
)
v. ) Civil Action No. 14-1709 UNA
)
THE UNITED STATES OF AMERICA, )
)
      Defendant. )

### MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint which in its entirety states:

> In 1776, my ancestor, Elias Boudinot[,] loaned the Continental Congress 11 million dollars. My family is now seeking repayment, including financial adjustment for 1776 money to 2014 money and interest from 1776 until today.

Compl.

The Court is mindful that a complaint filed by a *pro se* litigant is held to a less stringent standard than is applied to a pleading drafted by a lawyer. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Nonetheless, a complaint is subject to dismissal if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. 28 U.S.C. § 1915(e)(1)(B). And "a complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Where, as here, the complaint not only fails to state a claim but also lacks an arguable basis in law,

1

dismissal is warranted. *See id.* at 328. Accordingly, the complaint will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

/s/ Amy B. [signature]
United States District Judge

DATE: 10/8/2014